**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ATLAS ONE FINANCIAL GROUP, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MORTGAGE DIRECT, INC., )<br>SAM DAHLEH and )<br>MARC MUSTAFA )<br>)<br>Defendants. ) | Case No. 11 CV 04483<br>Judge Joan H. Lefkow |

### AGREED MOTION TO ENTER CONSENT JUDGMENT

Plaintiff, Atlas One Financial Group, LLC ("Atlas One"), and Defendant, Mortgage Direct, Inc. ("Mortgage Direct" and collectively with Atlas One, the "Parties") respectfully request that the Court enter the Consent Judgment attached hereto as **Exhibit A**. In support of their motion, the Parties state as follows:

The parties seek entry of a Consent Judgment as a full and complete settlement of all issues pending in this matter and therefore, respectfully request that the Court enter the stipulated Consent Judgment attached hereto as Exhibit A, and for such other relief as the Court deems appropriate under the circumstances.

Dated: April 30, 2012

Respectfully submitted,

/s./ Steven M. Malina

Steve M. Malina
Lauren Buford
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

*Attorneys for Atlas One Financial Group, LLC*

<u>/s./ William J. Sneckenberg</u>  **(with consent)**

William J. Sneckenberg
Emilie Glyn Kaplan
James P. DuChateau
Sneckenberg, Thomas & Brody, LLP
161 North Clark Street
Suite 3575
Chicago, IL 60601

*Attorneys for Mortgage Direct, Inc.*

## CERTIFICATE OF SERVICE

I, Steven M. Malina, an attorney, hereby certify that I filed and served the parties' **AGREED MOTION TO ENTER CONSENT JUDGMENT** on the following party electronically via the CM/ECF court system on April 30, 2012:

> William J. Sneckenberg
> Emilie Glyn Kaplan
> James P. DuChateau
> Sneckenberg, Thomas & Brody, LLP
> 161 North Clark Street
> Suite 3575
> Chicago, IL 60601

                                                             /s/  Steven M. Malina

*NY 241,955,774v1*